UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                              Case No. 11-cr-178-PB

<u>Frederick Ejdowski</u>

                    <u>O R D E R</u>

    The defendant has moved through counsel to continue the March 6, 2012 trial in the above case, citing the need for additional time to engage in plea negotiations or prepare for trial.  The government does not object to a continuance of the trial date.

    Accordingly, in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from March 6, 2012 to May 1, 2012. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The February 28, 2012 final pretrial conference is continued to April 20, 2012 at 11:00 a.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

February 16, 2012

cc: Arnold Huftalen, ASUA
 Bjorn Lange, Esq.
 United States Marshal
 United States Probation