UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

    v.                              Case No. 11-cr-178-PB

<u>Frederick Ejdowski</u>


**O R D E R**

The defendant has moved through counsel to continue the May 1, 2012 trial in the above case, citing the need for additional time to allow defendant to undergo medical procedures and to prepare for trial or other disposition.  The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from May 1, 2012 to July 10, 2010. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The April 20, 2012 final pretrial conference is continued to June 27, 2012 at 2:30 p.m.  No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

April 13, 2012

cc:   Arnold Huftalen, ASUA
      Bjorn Lange, Esq.
      United States Marshal
      United States Probation